UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYLER DARNELL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07-CV-237-AGF |
| ) | |
| UNKNOWN SINGER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court upon the filing of "Defendants Eugene Stubblefield and Jerome Fields Joint Motion to Strike Plaintiff's Amended Complaint" [Doc. #65].

On January 30, 2008, this Court *sua sponte* ordered that plaintiff's amended complaint is stricken from the record [Doc. #66].

Accordingly,

**IT IS HEREBY ORDERED** that "Defendants Eugene Stubblefield and Jerome Fields Joint Motion to Strike Plaintiff's Amended Complaint" [Doc. #65] is **DENIED** as moot.

Dated this 31st day of January, 2008.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE